UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| DEANNA E. PANNELL, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE STATE OF NORTH CAROLINA, )<br>DEBRA L. MASSIE, LEE W. BETTIS, )<br>JOHN CURTIS, and BERNARD )<br>PANNELL, JR., )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:23-CV-12-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the conclusions in the M&R except those concerning the Rooker-Feldman doctrine [D.E. 15] and DISMISSES WITH PREJUDICE plaintiff's complaint as frivolous, for failure to state a claim upon which relief can be granted, and for seeking monetary relief against a defendant who is immune from such relief. The clerk shall close the case.

This Judgment filed and entered on December 20, 2024, and copies to:
Deanna E. Pannell          (via CM/ECF electronic notification)

December 20, 2024                               Peter A. Moore, Jr.
                                                Clerk of Court


                                            By: /s/ Stephanie Mann
                                                Deputy Clerk